Date of Arrest: **03/25**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Cristo Rey SANDOVAL-Valenzuela AKA: None Known 204651856 YOB: 1989 Citizen of: Mexico Defendant | Magistrate Case No. 18-1286MJ COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a) Re-Entry After Deport |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about March 25, 2018, Defendant Cristo Rey SANDOVAL-Valenzuela, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of Calexico, California on or about August 12, 2017. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Joshua Kubrud for JMUSSP

Signature of Complainant
Samuel Horrocks
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

_____March 27, 2018_____   at   Yuma, Arizona
Date                                    City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer         Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Cristo Rey SANDOVAL-Valenzuela
AKA: None Known
204651856

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about March 25, 2018, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Tacoma, Washington on or about May 5, 2017. The Defendant was most recently removed on or about August 12, 2017, through the port of Calexico, California.

Agents determined that on or about March 21, 2018, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed in my presence,

March 27, 2018
Date

Signature of Judicial Officer